ADVANCED FINCANCIAL COMPANY
P.O. BOX 4068
CARLSBAD, CA 92018


BANK OF AMERICA (FORMERLY COUN
7105 CORPORATE DRIVE
MAIL CODE TX2-981-03-13
PLANO, TX 75024


BILATERAL CREDIT CORP
141 WEST 28TH STREET
NEW YORK, NY 10001


DONALD WALL
10 PARK AVE SUITE 2A
NEW YORK, NY 10016


GREENTREE SERVICING LLC
P.O. BOX 6172
RAPID CITY, SD 57709-6172


INTERNAL REVENUE SERVICE
POST OFFICE BOX 21126
PHILADELPHIA, PA 19114-0326


MELVIN F. AND EPIFANIA JUNSAY
6824 SPESSARD HOLLAND CT.
LAS VEGAS, NV 89131


MILFORD MANAGEMENT CORP
335 MADISON AVE
SUITE 1500
NEW YORK, NY 10280


SALLIE MAE
PO BOX 9532
WILKES BARRE, PA 18773


TARGET NATIONAL BANK
3901 WEST 53RD STREET
SIOUX FALLS, SD 57106


TIFFANY AND CO.
P.O. BOX 1728
MEMPHIS, TN 38101-1728